IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| STEPHEN BUSHANSKY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:20-cv-02170-JTF-cgc |
| | ) |
| FIRST HORIZON NAT'L CORP.; | ) |
| D. BRYAN JORDAN; EUGENE TAYLOR; | ) |
| KENNETH A. BURDICK; JOHN C. | ) |
| COMPTON; WENDY P. DAVIDSON; | ) |
| MARK A. EMKES; PETER N. FOSS; | ) |
| CORYDON J. GILCHRIST; SCOTT M. | ) |
| NISWONGER; VICKI R. PALMER; COLIN | ) |
| V. REED; CECELIA D. STEWART; RAJESH | ) |
| SUBRAMANIAM; and LUKE YANCY III, | ) |
| | ) |
|    Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Stephen Bushansky's Notice of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which was filed on April 28, 2020. (ECF No. 21.) The Court, being duly advised, finds that this action is **DISMISSED** in its entirety with prejudice. Each party shall itself bear all costs, expenses, and attorneys' fees.

**IT IS SO ORDERED** this 28th day of April 2020.

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE